JOSEPH SCHLESINGER, Bar #87692
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. 1:11-cr-00448 LJO-SKO-1
                                    )
            *Plaintiff,*             )   STIPULATION TO CONTINUE
        v.                          )   SENTENCING SCHEDULE AND HEARING
                                    )   AND ORDER
MICHAEL TORRES,                     )
                                    )   Date:  April 29, 2013
            *Defendant.*             )   Time:  8:30 a.m.
                                    )   Judge: Hon. Lawrence J. O'Neill
_____     )

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | March 18, 2013 | April 8, 2013 |
| Formal Objections Due | April 1, 2013 | April 22, 2013 |
| Sentencing Hearing | April 8, 2013 - 8:30 a.m. | April 29, 2013 - 8:30 a.m. |

The defense requests this extension because defense counsel has two trials between now and the sentencing date, including an anticipated two-week trial beginning on March 19, 2013. The requested three-week continuance will allow defense counsel to adequately prepare for the sentencing in this case. The government does not object to this continuance.

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 14, 2013 | By | /s/ *Melanie L. Alsworth*<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: February 14, 2013 | By | /s/ *Jeremy S. Kroger*<br>JEREMY S. KROGER<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>MICHAEL TORRES |

**ORDER**

IT IS SO ORDERED.

**Dated:  February 15, 2013**     /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Torres: Stipulation to Continue
Sentencing Schedule and Hearing; Order

2